RECEIVED
DEC - 2 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DALE MILLER<br>LA. DOC #479248<br>VS. | CIVIL ACTION NO. 6:14-cv-2410<br><br>SECTION P<br><br>JUDGE DOHERTY |
| MICHAEL HARSON, ET AL. | MAGISTRATE JUDGE HILL |

## JUDGMENT OF DISMISSAL

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that permission for Miller to pursue this action *in forma pauperis* is **DENIED**.

Given that Miller has failed to pay this Court's full filing fee of $400.00 within fourteen (14) days of the Magistrate Judge's Report and Recommendation, **IT IS FURTHER ORDERED** that Miller's civil rights action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 1915(g), Dale Miller is barred from filing any future proceedings in this Court *in forma pauperis*, while incarcerated, unless he is in imminent danger of serious physical injury.

The Clerk of Court is directed to send a copy of this order to the Keeper of the Three Strikes List, Tyler, Texas.

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this 2 day of December, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE